No. 2631.—El Pueblo, apdo., *v.* Torres, aplte.—C. D. Humacao. Infracción art. 221, Código Penal. Dic. 18, 1925. Confirmada la sentencia apelada por no aparecer que se haya cometido error fundamental alguno por la corte sen-

tenciadora, no habiéndose elevado tampoco el pliego de excepciones ni la exposición del caso.